468 A.2d 855

Commonwealth v. Wells, Appellant.

Submitted September 23, 1983. Susan Claire DeYoung, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.